IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TOOLBOX WIDGET INC., <br><br> Plaintiff, <br><br> vs. <br><br> ERNST MANUFACTURING, INC., <br><br> Defendant. | CV 24-148-KLD <br><br> ORDER |

    Plaintiff Toolbox Widget, Inc. moves for the admission of John Whitaker to practice before this Court in this case with McKenna Ford to act as local counsel. Mr. Whitaker's application appears to be in order.

    Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit John Whitaker pro hac vice is GRANTED on the condition that Mr. Whitaker shall do his own work.  This means that Mr. Whitaker must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

    IT IS FURTHER ORDERED that this Order is subject to withdrawal unless

//

Mr. Whitaker, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 25th day of October, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge