IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TOOLBOX WIDGET INC., <br><br> Plaintiff, <br><br> vs. <br><br> ERNST MANUFACTURING, INC., <br><br> Defendant. | CV 24-148-M-KLD <br><br> ORDER |

Plaintiff Toolbox Widget, Inc. moves for the admission of Juliette Palmer White to practice before this Court in this case with McKenna Ford to act as local counsel. Ms. White's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Juliette Palmer White pro hac vice is GRANTED on the condition that Ms. White shall do her own work. This means that Ms. White must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. White, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

The Court acknowledges that Plaintiff has now been granted the admission of three attorneys pro hac vice in this matter. Absent exceptional circumstances, the Court will not consider further motions from Plaintiff for admission of counsel pro hac vice.

DATED this 11th day of December 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge