IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TOOLBOX WIDGET INC., <br><br> Plaintiff, <br><br> vs. <br><br> ERNST MANUFACTURING, INC., <br><br> Defendant. | CV 24-148-M-KLD <br><br><br> ORDER |

     Defendant Ernst Manufacturing, Inc. moves for the admission of Benjamin J. Hodges to practice before this Court in this case with Daniel J. Auerbach to act as local counsel. Mr. Hodges' application appears to be in order.

     Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Benjamin J. Hodges pro hac vice is GRANTED on the condition that Mr. Hodges shall do his own work. This means that Mr. Hodges must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

     IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Hodges, within fifteen (15) days of the date of this Order, files a pleading

//

acknowledging his admission under the terms set forth above.

DATED this 16th day of December 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge