IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TOOLBOX WIDGET INC., <br><br> Plaintiff, <br><br> vs. <br><br> ERNST MANUFACTURING, INC., <br><br> Defendant. | CV 24-148-M-KLD <br><br><br> ORDER |

Defendant Ernst Manufacturing, Inc. moves for the admission of Carrie A. Lofts to practice before this Court in this case with Daniel J. Auerbach to act as local counsel. Ms. Lofts' application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Carrie A. Lofts pro hac vice is GRANTED on the condition that Ms. Lofts shall do her own work. This means that Ms. Lofts must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Lofts, within fifteen (15) days of the date of this Order, files a pleading

//

acknowledging her admission under the terms set forth above.

DATED this 16th day of December 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge