IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TOOLBOX WIDGET INC.  Plaintiff,  vs.  ERNST MANUFACTURING, INC.,  Defendant. | CV 24-148-M-KLD  ORDER |

Defendant Ernst Manufacturing, Inc. has filed an unopposed motion for leave to file its brief and declaration in support of its motion to dismiss under seal on the ground that the documents contain confidential and proprietary business information. (Doc. 30).

The Ninth Circuit requires a showing of compelling reasons to seal documents attached to dispositive motions and other filings relating to the merits of a case. *Ground Zero Center for Non-Violent Action v. United States Department of the Navy*, 860 F.3d 1244, 1261 (9th Cir. 2017). Defendant having met this burden, and there being no opposition from Plaintiff Toolbox Widget Inc.,

IT IS ORDERED that Defendant's motion is GRANTED. The Brief in Support of Motion to Dismiss (Doc. 31) and Declaration of Katy Sanchez (Doc.

32) lodged with the Court on January 22, 2025, are deemed filed as of that date and shall remain sealed.

DATED this 23rd day of January, 2025.

Kathleen L. DeSoto
United States Magistrate Judge