IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TOOLBOX WIDGET INC., <br><br> Plaintiff, <br><br> vs. <br><br> ERNST MANUFACTURING, INC., <br><br> Defendant. | CV 24-148-M-KLD <br><br><br> ORDER |

Defendant Ernst Manufacturing, Inc. has filed an unopposed motion for leave to file its brief in support of its motion to dismiss and the supporting declaration of Katy Sanchez under seal. (Doc. 45). A party seeking to seal documents relating to a dispositive motion must provide "compelling reasons" that are "sufficiently specific" for doing so. *Kamakana v. City & County of* Honolulu, 447 F.3d 1172, 1183 (9th Cir. 2006). Defendant explains that its supporting brief and Sanchez's declaration contain confidential and proprietary business information, including detailed sales information. (Doc. 45). Accordingly, and compelling reasons having been shown,

**IT IS ORDERED** that Defendant's Motion to Leave to File Under Seal (Doc. 45) is **GRANTED**. Defendant's lodged brief (Doc. 46) and supporting declaration (Doc. 46-1) are deemed filed under seal on October 28, 2025.

1

Additionally, in light of the pending motion to dismiss,

**IT IS FURTHER ORDERED** that the preliminary pretrial conference scheduled for November 20, 2025, and all related deadlines are hereby **VACATED**. The Court will reset the preliminary pretrial conference if necessary after ruling on the motion to dismiss.

DATED this 29th day of October, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge